# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARGARET CHOUEST

VERSUS

STEPHEN GUY DELAUP, CONNICK
AND CONNICK, L.L.C., AND CNA
FINANCIAL CORPORATION D/B/A
CNA AND/OR CONTINENTAL
CASUALTY COMPANY, INC. D/B/A
CNA

NO.  2020 CW 0468

JUNE 24, 2020

---

In Re:    Stephen Guy deLaup, and S. Guy deLaup, APLC, and
          Continental Casualty Company, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 678670.

---

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT GRANTED.** The portions of the trial court's May 11,
2020 judgment which granted the motion for summary judgment
filed by plaintiff, Margaret Chouest, and awarded a money
judgment, together with legal interest thereon and court costs,
in favor of plaintiff, Margaret Chouest, and against defendants,
Stephen Guy deLaup and his insurer, Continental Casualty
Company, Inc., are reversed. Genuine issues of material fact as
to liability and damages preclude the granting of summary
judgment herein.

**JEW**
**GH**

**McClendon, J.,** concurs, but notes that plaintiff is not
precluded from filing another motion for summary judgment once
discovery has been completed.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT